UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YURIY KHANIN, | ) | Case No.: 1:06 CV 0046 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| STEWART HUDSON, Warden, | ) | |
| | ) | |
| Respondent | ) | JUDGMENT ENTRY |

The court, having adopted the Magistrate Judge's Report and Recommendation (ECF No. 14), recommending that final judgment be entered in favor of the Respondent and that Khanin's Petition for Writ of Habeas (ECF No.1) be denied, hereby enters judgment accordingly for the Respondent and against the Petitioner. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 28, 2006